# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| STARBUZZ TOBACCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISSA HILO ET AL. <br><br> Defendants. | Case No. SACV 16-0303 AG (KESx) <br><br> **JUDGMENT** |

The Court enters Judgment in favor of Plaintiff Starbuzz Tobacco, Inc. and against Defendants Issa and George Hilo for $575,000 in statutory damages, plus reasonable attorney fees.

After receiving actual notice of this injunction by personal service or otherwise, Defendants and any of their agents who are in active concert with them are PERMANENTLY ENJOINED from:

- Infringing upon Starbuzz's trademarks "Starbuzz," "Starbuzz Tobacco," "Starbuzz Tobacco Since 2005," "Double Apple," and "Pirate's Cave," and copyrighted design by manufacturing, importing, advertising, promoting,

JUDGMENT

displaying, distributing, or offering for sale any products that are not sponsored, approved, guaranteed, or manufactured by Starbuzz ("Unauthorized Products"); and

- Misrepresenting or misleading purchasers or the public to believe that the Unauthorized Products sold by Defendants or any of their agents who are in active concert with them are sponsored, approved, or licensed by Starbuzz, or are in some way affiliated with Starbuzz.

Dated August 8, 2016

_____
Hon. Andrew J. Guilford
United States District Judge